**Order issued February 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

———————————————————

### No. 05-13-00168-CV
———————————————————

### IN RE DAVID MATTHEWS, Relator

═══════════════════════════════════════════════════════════

### Original Proceeding from the 291ˢᵗ Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F10-45774

═══════════════════════════════════════════════════════════

# O R D E R

Before Justices Bridges, Murphy, and Lewis

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of habeas

corpus.   We **ORDER** that relator bear the costs of this original proceeding.


/David L. Bridges/
DAVID L. BRIDGES
JUSTICE